**EDELSBERG LAW**
Scott Edelsberg
(Cal. Bar No. 330990)
1925 Century Park, E #1700
Los Angeles, CA 90067
E: Scott@Edelsberglaw.com
T: 786-289-9471

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEC HOLDING COMPANY d/b/a FONTANA NISSAN,<br><br>Defendant. | Case No. 5:23-cv-00279-SSS-KK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Brenda Perez and Defendant, MEC Holding Company d/b/a Fontana Nissan pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are,

JOINT STIPULATION OF DISMISSAL
1

dismissed in its entirety <u>with</u> prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed <u>without</u> prejudice.

Respectfully submitted,

Dated: 7/11/2023

| | |
|---|---|
| By: */s/ Michael Eisenband*<br>**EISENBAND LAW P.A.**<br>Michael Eisenband<br>MEisenband@Eisenbandlaw.com<br>515 E Las Olas Blvd. Ste 120,<br>Fort Lauderdale, FL 33312<br>Tel: 954-533-4092<br>Admitted Pro Hac Vice<br>**Attorney for Plaintiff** | */s/Victor Danhi*<br>Victor P. Danhi (SBN 210246)<br>Michael R. Garcia (SBN 336451)<br>**ARENTFOX SCHIFF LLP**<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: 415.805.7966<br>Facsimile: 415.757.5501<br>Email: victor.danhi@afslaw.com<br>michael.garcia@afslaw.com<br><br>**Attorney for Defendant** |