JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEC HOLDING COMPANY d/b/a FONTANA NISSAN,<br><br>Defendant. | Case No. 5:23-cv-00279-SSS-KKx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION** |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 1, 2023

SUNSHINE S. SYKES
United States District Judge